IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 07-cr-00429-REB-21

UNITED STATES OF AMERICA,

Plaintiff,

v.

21. RATTHAPHO PHOMMATHA,
 a/k/a "Po,"

Defendant.

---

# ORDER OF REVOCATION AND DETENTION

---

THIS MATTER came before me on September 29, 2008, for a hearing on the **Government's Motion to Revoke Bond** [Doc. # 377]. I have reviewed the case file, received evidence and proffers, and heard the arguments of counsel.

Section 3148(b), 18 U.S.C., governs the issue of revocation and detention where there is probable cause to believe that a defendant violated a condition of release while on release under 18 U.S.C. § 3142. Section 3148(b) provides in relevant part:

> The judicial officer shall enter an order of revocation and detention if, after a hearing, the judicial officer–
>
> (1) finds that there is–
>
> (A) probable cause to believe that the person has committed a Federal, State, or local crime while on release; or
>
> (B) clear and convincing evidence that the person has violated any other condition of release; and
>
> (2) finds that–

> (A) based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community; or
>
> (B) the person is unlikely to abide by any condition or combination of conditions of release.

The factors set forth in 18 U.S.C. § 3142(g), and made applicable by reference in § 3148(b), are:

> (1) The nature and circumstances of the offense charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;
>
> (2) the weight of the evidence against the person;
>
> (3) the history and characteristics of the person, including–
>
> (A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug and alcohol abuse, criminal history, and record concerning appearance at court proceedings; and
>
> (B) whether at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and
>
> (4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

18 U.S.C. § 3142(g).

In making my findings of fact, I have taken judicial notice of the information contained in the court file, the evidence and proffers, and the arguments of counsel. Weighing the factors set forth in the Bail Reform Act, I find the following:

There is clear and convincing evidence that the defendant violated a condition of his release, as follows:

(1) On at least three occasions the defendant submitted urine samples which tested positive for a narcotic drug not prescribed by a licensed medical practitioner, including the first incident which occurred less than one week after the defendant's release on bond; and

(2) On at least five occasions the defendant failed to submit to drug testing as required by the pretrial services office or the supervising officer.

I find further that in view of the defendants conduct to date while on release, he is unlikely to abide by any condition or combination of conditions of release.

IT IS ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that the defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with this proceeding.

Dated September 30, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge